UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re ) | | |
| ) | Case No. 17-16923-MER | |
| NELSON RIVERA RAMOS, JR. ) | Chapter 7 | |
| MARY L. RAMOS ) | | |
| ) | | |
| Debtor(s) ) | | |
| _____) | | |
| ) | | |
| JARED WALTERS ) | Adversary Proceeding No. | |
| Chapter 7 Trustee, ) | 18-01124-MER | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| AMERICOR FUNDING, INC. ) | | |
| DBA AMERICOR FINANCIAL ) | | |
| ) | | |
| Defendant ) | | |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Plaintiff Jared Walters, Chapter 7 trustee ("Trustee"), by and through his counsel, The Johnson Law Firm, hereby submits his Motion to Dismiss Adversary Proceeding, and states as follows:

1. On April 18, 2018, the Trustee filed a Complaint against Defendant to avoid and recover fraudulent transfers pursuant to 11 U.S.C. §§ 548(a)(1)(B) and 550(a) and for turnover of property pursuant 11 U.S.C. § 542 related to violations of the Colorado Uniform Debt Management Services Act, C.R.S. § 5-19-201 *et seq*.

2. On August 10, 2018, Defendant filed an answer.

3. The Trustee and Defendant reached a settlement whereby Defendant paid the Trustee $10,000.00 in exchange for a mutual release and a dismissal of the Adversary Proceeding.

4. On March 12, 2019, the Court approved the settlement.

5. Defendant has paid the settlement amount.

WHEREFORE, the Trustee requests that the Court enter an Order dismissing this adversary proceeding, a form of which is submitted herewith.

Dated this 12th day of March, 2019.

Respectfully submitted,

THE JOHNSON LAW FIRM

/s/Lars Johnson
*Original Signature on File*
Lars Johnson, #34344
405 Broadway
PO Box 10
Eagle, CO 81631
Phone: 970-688-0436
Lars_johnson@me.com
ATTORNEYS FOR THE TRUSTEE